# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-225-GMN (RJJ) |
| ) | |
| EDWARD KEITH STRILEY, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On September 7, 2010, defendant EDWARD KEITH STRILEY, JR., pled guilty to a One-Count Criminal Indictment charging him in Count One with Bank Robbery in violation of Title 18, United States Code, Section 2113(a).

This Court finds that EDWARD KEITH STRILEY, JR., shall pay a criminal forfeiture money judgment of $6,980.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EDWARD KEITH STRILEY, JR., a criminal forfeiture money judgment in the amount of $6,980.00 in United States Currency.

DATED this 10th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge