✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-225-GMN (RJJ) |
| EDWARD KEITH STRILEY, JR., ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on September 13, 2010 (Docket #21), that EDWARD KEITH STRILEY, JR., shall pay a criminal forfeiture money judgment of $6,980.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EDWARD KEITH STRILEY, JR., a criminal forfeiture money judgment in the amount of $6,980.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this __8__ day of __March__, 2011.

_____
UNITED STATES DISTRICT JUDGE