RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Edward Keith Striley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>EDWARD KEITH STRILEY,<br><br>              Defendant. | Case No. 2:10-cr-0225-GMN-RJJ<br><br>**UNOPPOSED MOTION TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO VACATE UNDER 28 U.S.C. § 2255** |

   COMES now the defendant, EDWARD KEITH STRILEY, by and through counsel, Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender and moves this court to allow counsel thirty (30) days to file a Reply to the government's Opposition to Mr. Striley's Motion to Vacate under 28 U.S.C. § 2255.

   This unopposed motion is filed for the following reasons:

   1.   On June 7, 2016, Mr. Striley filed a Motion to Vacate under 28 U.S.C. § 2255 ("Motion to Vacate"). ECF No. 51. On June 8, 2016, this Court ordered the government to file a response to the Motion to Vacate no later than July 25, 2016. ECF No. 52. On July 20, 2016, the government filed its Opposition to Mr. Striley's Motion to Vacate. ECF No. 53.

   2.   The court did not provide a time frame in which Mr. Striley could file a Reply in this matter. As a result, Mr. Striley respectfully requests this Court allow him to file a Reply

to the government's Opposition to his Motion to Vacate and further requests 30 days to file his Reply.

DATED this 21st day of July, 2016.

                              RENE L. VALLADARES
                              Federal Public Defender

                  By:  */s/ Nisha Brooks-Whittington*
                              NISHA BROOKS-WHITTINGTON
                              Assistant Federal Public Defender
                              Attorney for Edward Keith Striley

**IT IS SO ORDERED.**
**DATED** this 22nd day of July, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 21, 2016, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO VACATE UNDER 28 U.S.C. § 2255** by electronic service (ECF) to the person named below.

>DANIEL G. BOGDEN
>United States Attorney
>ELIZABETH OLSON WHITE
>Appellate Chief and
>Assistant United States Attorney
>100 West Liberty, Suite 600
>Reno, NV  89501

>　　　　　　　　　　　　　　　　　*/s/ Cecilia Valencia*
>　　　　　　　　　　　　　　　　　Employee of the Federal Public Defender