1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   SUNETHRA MURALIDHARA
3  Assistant Federal Public Defender
   Nevada State Bar No. 13549
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Sunethra_Muralidhara@fd.org

7  Attorney for Edward Keith Striley Jr.

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA,            Case No. 2:10-cr-00225-GMN-RJJ-1

11          Respondent/Plaintiff,        **STIPULATION TO DISMISS
                                        MOTION TO VACATE WITHOUT**
12      v.                              **PREJUDICE PURSUANT TO
                                        FED. R. CIV. PRO. 41(a)(1)(A)(ii)**
13 EDWARD KEITH STRILEY JR.,

14          Petitioner/Defendant.

15

16      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

17 Respondent, Appellate Chief and Assistant United States Attorney Elizabeth Olson White, and

18 counsel for the Petitioner, Sunethra Muralidhara, Assistant Federal Public Defender, that

19 Petitioner's Motion to Vacate, ECF No. 51, be dismissed pursuant to Fed. R. Civ. Pro.

20 41(a)(1)(A)(ii).  Counsel for the parties understand that Petitioner Edward Keith Striley passed

21 away on April 20, 2018.

22 / / /

23 / / /

24 / / /

25

26

1    In light of Mr. Striley's passing, the government consents to dismissal of the Motion to

2    Vacate without prejudice.

3          DATED this 11th day of May, 2018.

4    RENE L. VALLADARES                          DAYLE ELIESON
     Federal Public Defender                     United States Attorney
5

6        */s/ Sunethra Muralidhara*                  */s/ Elizabeth Olson White*
     By_____        By_____
7    SUNETHRA MURALIDHARA                        ELIZABETH OLSON WHITE
     Assistant Federal Public Defender           Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00225-GMN-RJJ-1 |
| Respondent/Plaintiff, | |
| v. | **[PROPOSED] ORDER DISMISSING MOTION TO VACATE WITHOUT PREJUDICE AND VACATING HEARING** |
| EDWARD KEITH STRILEY JR., | |
| Petitioner/Defendant. | |

Having received a stipulation to dismiss the Petitioner's Motion to Vacate, ECF No. 51.

IT IS HEREBY ORDERED that Petitioner's Motion to Vacate, ECF No. 51, be DISMISSED WITHOUT PREJUDICE. The Court does not make determination as to whether any future filing would be considered a second or successive petition.

IT IS FURTHER ORDERED that the hearing scheduled for July 11, 2018 at 9:00 a.m. in courtroom 7D, is VACATED.

DATED this __14__ day of May, 2018.

_____

GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT